No. 473. TURNER ET AL. *v.* UNITED STATES ET AL. November 13, 1944. *Per Curiam:* The motion to affirm is granted and the

judgment is affirmed. *United States* v. *Carolina Freight Carriers Corp.,* 315 U. S. 475, 480–81. *Mr. Edgar Watkins* for appellants. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for appellees.